DRUMMOND & NELSON LAW FIRM
228 South Fourth St., First Floor
Las Vegas, NV 89101
www.attorneydrummond.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,   )   Case No. 2:12-cr-00166-KJD-PAL
                            )
vs.                         )   **ORDER DIRECTING U.S. MARSHAL**
                            )   **TO ARRANGE TRANSPORTATION**
DAVID KIM,                  )   **TO HEARING**
                            )
        Defendants.   )
_____)

COMES NOW Defendant, DAVID KIM, by and through CJA counsel, CRAIG W. DRUMMOND, ESQ., and moves this Honorable Court for an order directing the United States Marshal to arrange for the defendant's noncustodial transportation from Honolulu, Hawaii to Las Vegas, Nevada on or before May 21, 2013 at the hour of 9:00 a.m. for a Change of Plea Haring before the Honorable Kent J. Dawson in Courtroom 6D. This request is limited to payment of one-way transportation to the above-referenced court appearance only.

DATED this ___13th___ day of ___May_____, 2013.

_____
**U.S. DISTRICT / MAGISTRATE JUDGE**