

FILED ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 1 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
)
    v. )   2:12-CR-166-KJD-(PAL)
)
DAO DUC DINH, )
)
          Defendant. )

### FINAL ORDER OF FORFEITURE

On June 5, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and (2); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant DAO DUC DINH to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Agreement and shown by the United States to have the requisite nexus to the offense to which defendant DAO DUC DINH pled guilty. Criminal Indictment, ECF No. 7; Change of Plea Minutes, ECF No. 42; Plea Agreement, ECF No. 43; Preliminary Order of Forfeiture, ECF No. 50.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 8, 2013, through July 7, 2013, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 52.

. . .

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the
2   time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending with regard to the assets named herein and the time
4   for presenting such petitions has expired.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8   32.2(c)(2); Title 21, United States Code, Section 853(a)(1) and (2); and Title 21, United States Code,
9   Section 853(n)(7) and (p) and shall be disposed of according to law:

10          1.      $13,500.00 in United States Currency; and
11          2.      an *in personam* criminal forfeiture money judgment of $6,140.00 in United States
12                  Currency (all of which constitutes "property").

13  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
14  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
15  any income derived as a result of the United States of America's management of any property
16  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
17  according to law.

18  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
19  certified copies to the United States Attorney's Office.

20  DATED this 21 day of August, 2013.

21
22
23  UNITED STATES DISTRICT JUDGE
24
25
26

2